# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA MURRAY,<br><br>      Plaintiff,<br><br>v.<br><br>COLLECTIONS ACQUISITIONS, LLC, DBA PAYLIANCE,<br><br>      Defendant. | No. 8:11-cv-00301-JFB-TDT |

## ORDER OF DISMISSAL

Pursuant to the Stipulation to Dismiss (Filing No. 38) by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above matter is hereby dismissed with prejudice, with each party to be responsible for their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated this 24th day of August, 2012.

                                       BY THE COURT:

                                       s/ Joseph F. Bataillon
                                       United States District Judge